NOTE: CHANGES MADE BY THE COURT

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, NATIONAL ELECTRICAL INDUSTRY FUND, ADMINISTRATIVE MAINTENANCE FUND, AND THE LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>     Plaintiffs,<br><br>  v.<br><br>LOUIS G. HACKNEY, an individual doing business as "SAN PEDRO ELECTRICAL AND COMMUNICATIONS,"<br><br>     Defendant. | CASE NO.: CV11-0794 RGK (VBKx)<br><br>ASSIGNED TO THE HONORABLE R. GARY KLAUSNER<br><br>**[~~PROPOSED~~] JUDGMENT** |

[PROPOSED] JUDGMENT

436153

Plaintiffs' motion for default judgment came on regularly for hearing on August 8, 2011, at 9:00 a.m. in the above-referenced Court, the Honorable R. Gary Klausner, United States District Judge, presiding. Appearances were stated on the record. After full consideration of the evidence and the authorities submitted by counsel.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1. Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, the Contract Compliance Fund, the National Electrical Industry Fund, the Administrative Maintenance Fund and the Los Angeles Electrical Workers Credit Union, shall recover from Louis G. Hackney, an individual doing business as "San Pedro Electrical and Communications," the principal amount of $11,051.20 (consisting of unpaid fringe benefit contributions in the amount of $8,756.35, prejudgment interest of $531.36, and liquidated damages of $1,763.49), together with attorneys' fees of ~~$16,968.80, and costs of $429.00,~~ $1,263.07 pursuant to Local Rule 55-3, plus post-judgment interest as provided by law from the date of entry of judgment herein until the date the judgment is paid in full. Plaintiffs shall file a Bill of Costs within 15 days, pursuant to Local Rule 54-3.

2. In conformity with the Order granted in this matter, Defendant Louis G. Hackney, an individual doing business as "San Pedro Electrical and Communications," shall provide to the Trustees, within ~~fourteen (14)~~ thirty (30) days of the date of service of the judgment herein, the documents requested in the Trustees' motion relating to the time period of June 1, 2009, through the present, including: payroll records, certified payroll records, time cards, payroll registers, form 1099's and 1096's, form W-2, W-3, DE-6 and 941 wage and tax statements, general ledger, accounts receivable listings, monthly bank statements, cash disbursement journals, job

cost records, invoices, job offers or estimates, subcontracts, cash receipts journals, cash disbursement journals, quarterly federal and state payroll tax returns, cancelled checks and check stub registers, daily job logs, foreman reports, inspector logs, shift differential logs, work orders, payroll records for related companies, employer contributions reports and cancelled checks regarding contributions owed/paid to other trust funds, detailed worker's compensation insurance reports, and any other books and records that may be necessary in order to determine the sums owed by Defendant to the Trustees.

Dated: August 12, 2011        *Gary Klausner*

UNITED STATES DISTRICT JUDGE