1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP**
Michael Y. Jung, State Bar No. 245260
2 |     Email: *Jung*@luch.com
225 South Lake Avenue, Suite 200
3 | Pasadena, California 91101-3030
Telephone: (626) 449-1882
4 | Facsimile: (626) 449-1958

5 | Attorneys for Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, et al.

6 |
7 |
8 | **UNITED STATES DISTRICT COURT**
9 | **CENTRAL DISTRICT OF CALIFORNIA**
10 |

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, THE CONTRACT COMPLIANCE FUND, THE NATIONAL ELECTRICAL INDUSTRY FUND, THE ADMINISTRATIVE MAINTENANCE FUND and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>            Plaintiffs,<br><br>       v.<br><br>LOUIS G. HACKNEY, an individual doing business as "SAN PEDRO ELECTRICAL AND COMMUNICATIONS,"<br><br>            Defendant. | CASE NO: 2:11-cv-00794-RGK-VBK<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[Cal. Code Civ. Proc. §§ 683.110-683.220; Fed. R. Civ. Proc. Rule 69]<br><br>[NO HEARING REQUIRED] |

1  Judgment was entered on August 16, 2011, in the amount of $12,782.27, plus post-judgment interest as provided by law, in favor of Plaintiffs/Judgment Creditors, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National Electrical Benefit Fund, the Contract Compliance Fund, the National Electrical Industry Fund, the Administrative Maintenance Fund and the Los Angeles Electrical Workers Credit Union (collectively, "Judgment Creditors"), and against Defendant/Judgment Debtor, Louis G. Hackney, an individual doing business as "San Pedro Electrical and Communications."

An Abstract of Judgment was recorded on September 14, 2011, in the County of Los Angeles, as Document Number 2011-1250262.

A Notice of Judgment Lien was filed with the office of the California Secretary of State on August 25, 2011, as Document Number 11-7283360899.  Said judgment lien was continued on April 18, 2016, as Document Number 16-75206197.

**NOW**, upon application for renewal of judgment by Judgment Creditors, and upon declaration showing that Judgment Debtor has failed to satisfy the total amount of said judgment and is indebted to Judgment Creditors,

///
///
///
///
///
///
///
///

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the judgment be renewed against Louis G. Hackney, an individual doing business as "San Pedro Electrical and Communications," in the amount of $12,917.17, as follows:

| | | | |
|---|---|---|---|
| a. | Judgment | | $12,782.27 |
| b. | Costs after Judgment | $ | 0.00 |
| c. | Interest after judgment computed from 08/16/2011 through 03/18/2021 at 0.11% | $ | 134.90 |
| d. | Less Credits | $ | 0.00 |
| e. | Total Renewed Judgment | | $12,917.17 |

Dated: March 18, 2021

Kiry Gray
CLERK OF THE COURT

/s/ *Jennylam*
Deputy Clerk